Priority ✓
Send ✓
Enter ―
Closed ―
JS-5/JS-6 ―
JS-2/JS-3 ―
Scan Only ―

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV00-4139-AHM(MANx)                           Date: October 22, 2002

Title:  LARRY F. GOTTLIEB, et al. v. SBC COMMUNICATIONS, et al.

PRESENT:  THE HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

Stephen Montes              Not Reported
Courtroom Clerk             Court Reporter

ATTORNEYS FOR PLAINTIFF:    ATTORNEYS FOR DEFENDANTS:

No Appearance               No Appearance

**PROCEEDINGS:**   (IN CHAMBERS)

Due to the Court's unavailability on October 28, 2002, the Court hereby continues (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [Filed 10/1/02]; (2) PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS [Filed 10/1/02]; and (3) PLAINTIFFS' APPLICATION FOR ORDER GRANTING INCENTIVE AWARDS TO CLASS REPRESENTATIVES [Filed 10/1/02] from October 28, 2002 to **November 18, 2002 at 10:00 a.m.**

MINUTES FORM 90                  ENTER ON ICMS          Initials of Deputy Clerk
CIVIL - GEN
                                 OCT 22 2002