James M. Finberg (CSB # 114850)
Steven M. Tindall (CSB # 187862)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

J. Paul Gignac (CSB # 125676)
ARIAS, OZZELLO & GIGNAC, LLP
1231 State Street, Suite 206
Santa Barbara, California 93101
Telephone: (805) 892-5500
Facsimile: (805) 564-8885

Co-Lead Counsel for Plaintiffs

[Additional counsel for Plaintiffs are listed on signature page.]

```
                            FILED
              CLERK, U S  DISTRICT COURT

                      OCT 2 9 2002

              CENTRAL DISTRICT OF CALIFORNIA
              BY                      DEPUTY
```

Priority ___
Send      ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY F. GOTTLIEB, et al., | Case No. CV 00-4139 AHM (MANx) |
| Plaintiffs, | **CLASS ACTION** |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON:** |
| SBC COMMUNICATIONS, INC., et al., | **(1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;** |
| Defendants. | **(2) PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS; AND** |
| | **(3) PLAINTIFFS' APPLICATION FOR ORDER GRANTING INCENTIVE AWARDS TO CLASS REPRESENTATIVES** |
| | Assigned to the Honorable A. Howard Matz |

```
              ENTER ON ICMS

              OCT 30 2002
```

176

## STIPULATION BY THE PARTIES

WHEREAS, the hearing on: 1.) Plaintiffs' Motion for Final Approval of Class Action Settlement; 2.) Plaintiffs' Motion for Attorneys' Fees and Costs; and 3.) Plaintiffs' Application for Order Granting Incentive Awards, originally set for October 28, 2002 at 10:00 a.m., was rescheduled by the Court for November 18, 2002 at 10:00 a.m.;

WHEREAS, attorneys Jeffrey Lewis, John A. Reding and Paula M. Weber, three of the lead attorneys who will be attending the hearing, are all unavailable to attend a hearing before this Court on that date;

WHEREAS, one or more of the same attorneys are unavailable to attend a hearing before this Court on a regular law and motion date (Monday) until December 16, 2002; and

WHEREAS, counsel for Plaintiffs has contacted the Court's clerk and confirmed the Court's availability to conduct the hearing on December 5, 2002 at 4:00 p.m.,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The hearing on the following motions shall be, and hereby are, further continued to Thursday, December 5, 2002 at 4:00 p.m. before this Court: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement; (2) Plaintiffs' Motion for Attorneys' Fees and Costs; and (3) Plaintiffs' Application for Order Granting Incentive Awards.

IT IS SO STIPULATED.

Dated: October 25th, 2002                     ARIAS, OZZELLO & GIGNAC, LLP


By _____
   J. Paul Gignac


LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
       JAMES M. FINBERG
       STEVEN M. TINDALL

LEWIS & FEINBERG, P.C.
       JEFFREY LEWIS
       TERESA RENAKER

GOTTESDIENER LAW OFFICES
       ELI GOTTESDIENER

2

FROM :ARIAS, OZZELLO & GIGNAC,LLP     FAX NO. :805-564-8885          Oct. 25 2002 02:57PM  P4

1
2
3
4
5
6  Dated: October___, 2002
7
8
9
10
11  Dated: October ___, 2002
12
13
14
15
16
17
18
19
20
21
22
23  Dated:
24
25
26
27
28

HANEY, BUCHANAN & PATTERSON, L.L.P.
        STEVEN H. HANEY

COHEN, MILSTEIN, HAUSFELD & TOLL
        MARK MACHIZ

        Attorneys for Plaintiffs

PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____
        John A. Reding

        Attorneys for Defendant
        SBC Communications Inc.

PILLSBURY WINTHROP LLP

By _____
        Paula M. Weber
        Attorneys for Defendant
        Pacific Telesis Group

## ORDER

The Court having reviewed the Stipulation of the parties and finding good cause for an order thereon, IT IS HEREBY ORDERED AS FOLLOWS:

The hearing on: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement; (2) Plaintiffs' Motion for Attorneys' Fees and Costs; and (3) Plaintiffs' Application for Order Granting Incentive Awards, presently set for November 18, 2002 at 10:00 a.m., shall be continued to December 5, 2002 at 4:00 p.m.

**IT IS SO ORDERED.**

OCT 2 9 2002

_____
Honorable A. Howard Matz
United States District Court Judge

3

1                                        HANEY, BUCHANAN & PATTERSON, L.L.P.

2                                              STEVEN H. HANEY

3

4                                        COHEN, MILSTEIN, HAUSFELD & TOLL

                                               MARK MACHIZ

5                                                Attorneys for Plaintiffs

6 Dated: October___, 2002                    PAUL, HASTINGS, JANOFSKY & WALKER, LLP

7

8                                      By_____

                                            John A. Reding

9

10                                        Attorneys for Defendant
                                       SBC Communications Inc.

11 Dated: October 25, 2002                   PILLSBURY WINTHROP LLP

12                                        By _Paula Weber_____

13                                            Paula M. Weber
                                           Attorneys for Defendant
                                           Pacific Telesis Group

14

15                                      **ORDER**

16      The Court having reviewed the Stipulation of the parties and finding good cause for an

17 order thereon, IT IS HEREBY ORDERED AS FOLLOWS:

18      The hearing on: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement; (2)

19 Plaintiffs' Motion for Attorneys' Fees and Costs; and (3) Plaintiffs' Application for Order Granting

20 Incentive Awards, presently set for November 18, 2002 at 10:00 a.m., shall be continued to

21 December 5, 2002 at 4:00 p.m.

22      **IT IS SO ORDERED.**

23 Dated: _____

24                                        Honorable A. Howard Matz
                                       United States District Court Judge

25

26

27

28

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the State of California, County of Santa Barbara. I am over the age of eighteen and am not a party to the within action; my business address is 1231 State Street, Suite 206, Santa Barbara, California 93101. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On **October 28, 2002** I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON: (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS; AND (3) PLAINTIFFS' APPLICATION FOR ORDER GRANTING INCENTIVE AWARDS TO CLASS REPRESENTATIVES** on the interested parties in this action by transmitting [ ] the original [✔] a true copy thereof as follows:

[ ] **(BY FAX)** I hereby certify that this document was served by facsimile delivery on the parties listed herein at their most recent fax number of record in this action on_____ from Santa Barbara, California.

[ ] **(BY OVERNIGHT DELIVERY)** I am "readily familiar" with this firm's practice of collection and processing correspondence for express mailing. Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto with postage thereon fully prepaid. The packages are deposited in the office of the building for overnight pickup in the ordinary course of business.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee named herein.

[✔] **(BY MAIL), as follows:** I deposited the envelopes for mailing in the ordinary course of business at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, the sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business, with postage the0reon fully prepaid at Santa Barbara, California.

[SEE ATTACHED LIST]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **October 28, 2002** at Santa Barbara, California.

Aubrey Primason
Type or Print Name

Signature

PROOF OF SERVICE

LARRY F. GOTLIEB, et al. v. SBC COMMUNICATIONS, INC., et al.
**ATTACHED SERVICE LIST**

ANTHONY R. DELLING, ESQ.
MICHAEL FINNEGAN, ESQ.
PAULA M. WEBER, ESQ.
PILLSBURY WINTHROP LLP
725 SOUTH FIGUEROA STREET
SUITE 1200
LOS ANGELES, CA 90017

ELI GOTTESDIENER, ESQ.
GOTTESDIENER LAW OFFICES
3901 YUMA STREET, N.W.
WASHINGTON, D.C. 20016

NANCY L. ABELL, ESQ.
ETHAN LIPSIG, ESQ.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
555 SOUTH FLOWER ST., 23RD FLOOR
LOS ANGELES, CA 90071

JOHN A. REDING, ESQ.
BARRY N. ENDICK, ESQ.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
345 CALIFORNIA STREET, 29TH FLOOR
SAN FRANCISCO, CA 94104

JEFFREY LEWIS, ESQ.
TERESA RENAKER, ESQ.
LEWIS & FEINBERG, P.C.
436-14TH STREET, SUITE 1505
OAKLAND, CA 94612

BRUCE ERICSON, ESQ.
PILLSBURY WIINTHROP LLP
50 FREMONT STREET
SAN FRANCISCO, CA 94105

MARC I. MACHIZ, ESQ.
 COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WEST TOWER, SUITE 500
WASHINGTON, DC 20005-3934

STEVEN H. HANEY, ESQ.
RENEE JACOBS, ESQ.
HANEY BUCHANAN & PATTERSON, L.L.P.
707 WILSHIRE BLVD., 53RD FLOOR
LOS ANGELES, CA 90017

JAMES M. FINBERG, ESQ.
STEVEN M. TINDALL, ESQ.
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CA 94111